This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                                        **No. 36,195**

**ADAM B. SANCHEZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CURRY COUNTY**
**Donna J. Mowrer, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**HANISEE, Judge.**

{1}     Defendant appeals from the revocation of his probation. We previously issued a notice of proposed summary disposition in which we proposed to affirm. Defendant

has filed a memorandum in opposition, which we have duly considered. Because we remain unpersuaded by Defendant's assertion of error, we uphold the revocation of Defendant's probation.

{2} The pertinent background information was previously set forth. We will avoid undue reiteration here, focusing instead on the content of the memorandum in opposition.

{3} Defendant continues to argue that the district court lacked jurisdiction to order sex offender supervision while he was on probation. [MIO 4] However, the district court's clarification that Defendant was subject to supervision as a sex offender did not actually represent a modification of the terms of his probation. [MIO 4] And in any event, in light of the probation authority's ability to impose such a requirement pursuant to the standard conditions, no action on the part of the district court was required. *See State v. Green*, 2015-NMCA-007, ¶¶ 10-14, 341 P.3d 10 (rejecting a challenge to the authority of the department of corrections to condition a probationer's release upon his being party to a sex offender behavior contract, notwithstanding the absence of any specific provision within the district court's judgment and sentence to that effect); *State v. Leon*, 2013-NMCA-011, ¶¶ 21, 24, 292 P.3d 493 (holding that a district court's enumeration of a special probationary condition requiring the defendant to "comply with any other reasonable condition specified by the Probation

and Parole Division[,]" was sufficient to support the placement of a defendant on sex offender supervision). We therefore reject Defendant's jurisdictional challenge.

{4}     Accordingly, for the reasons stated above and in the notice of proposed summary disposition, we affirm.

{5}     **IT IS SO ORDERED.**

_____
**J. MILES HANISEE, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**JONATHAN B. SUTIN, Judge**